# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

COMMERCIAL FUNDING LLC )

         V. )    Case No:

STEPHEN CAMPBELL. MCCULLOUGH )

## EXHIBITS ON NOTICE OF REMOVAL

[Attached]

DATE:   March 05, 2025

                                                Stephen C. McCullough

                                                Defendant

MOTION FOR JUDGMENT FOR
POSSESSION FOR FAILURE TO PLEAD
JD-HM-10  Rev. 3-20
C.G.S. § 47a-26a,
P.B. § 17-30

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov



COURT USE ONLY
MFDPJPS

**Instructions to Plaintiff (Landlord)**
1. File this motion with the clerk.
2. Mail or deliver a copy of this motion to all appearing defendants or their attorney(s), if applicable.

| | | |
|---|---|---|
| ☐ Judicial District  ☒ Housing Session  At: Hartford | | Docket number HSG HFH-CV24-6030117-S |

Address of court (Number, street, and town)
80 Washington Street, Hartford CT 06106

Name of case
COMMERCIAL FUNDING, LLC v. STEPHEN CAMPBELL MCCULLOUGH

## Motion

The defendant(s) listed below has not filed a pleading within the required time period. If the defendant(s) does not file a pleading within three (3) days after this motion is filed with the clerk, the plaintiff(s) asks that judgment for possession of the premises be entered for the plaintiff(s).

Name(s) of applicable defendant(s)
STEPHEN CAMPBELL MCCULLOUGH

| Signed (Plaintiff/Plaintiff's attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | Houston Putnam Lowry | 01/27/2025 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically or in hand on __01/27/2025__ (date) to all attorneys and self-represented parties of record, and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.
(If necessary, attach additional sheets with names, addresses and methods of delivery.)

| Name and address of first attorney or party | | |
|---|---|---|
| STEPHEN CAMPBELL MCCULLOUGH, 140 HAYES ROAD, ROCKY HILL, CT 06067 | ☐ Hand delivered ☒ Mailed ☒ Electronically delivered | |
| Name and address of second attorney or party | | |
| steviemcc1@yahoo.com | ☐ Hand delivered ☐ Mailed ☐ Electronically delivered | |
| Name and address of third attorney or party | ☐ Hand delivered ☐ Mailed ☐ Electronically delivered | |
| Name and address of fourth attorney or party | ☐ Hand delivered ☐ Mailed ☐ Electronically delivered | |

| Signed (Plaintiff/Plaintiff's attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | Houston Putnam Lowry | 01/27/2025 |
| Mailing address (Number, street, town, state and zip code) Ford & Paulekas, LLP, 280 Trumbull Street-Suite 2200, Hartford, CT 06103 | | Telephone number (860) 808-4213 |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

ORDER   445552

DOCKET NO: HFHCV246030117S                   SUPERIOR COURT

COMMERCIAL FUNDING, LLC                      HOUSING SESSION
V.                                           AT HARTFORD
MCCULLOUGH, STEPHEN CAMPBELL Et
Al                                           1/30/2025

## ORDER

ORDER REGARDING:
01/27/2025 160.00 MOTION FOR JUDGMENT OF DEFAULT FOR FAILURE TO PLEAD AND POSSESSION SUMMARY PROCESS

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED
Disposition: JP2PVTM - JUDGMENT OF POSSESSION - WHERE ONE ORIGINALLY HAD THE RIGHT OR PRIVILEGE IS NOW TERMINATED

Motion for default for failure to plead is granted.

***** Notice of Judgment - Summary Process (Eviction) *****
Name of Defendant(s)/Tenant(s):STEPHEN CAMPBELL MCCULLOUGH
Date of Judgment:1/30/25
JUDGMENT FOR PLAINTIFF BASED UPON ORIGINAL RIGHT OR PRIVILEGE TO OCCUPY HAS TERMINATED

***** Notice to Defendant(s)/Tenant(s) *****

The Plaintiff(Landlord) recovered Judgment against you for immediate possession of the premises named in the complaint and occupied by you. You are therefore given the following notice:

***** PLEASE READ COMPLETELY THE FOLLOWING INFORMATION *****

You may be evicted from the premises named in the complaint and occupied by you after 5 days from the ***date of judgment*** shown above. (Any intervening Sunday or legal holiday is not included in counting the 5 day period.) You may ask the court to delay your eviction up to 6 months from the date of Judgment by completing and filing at the Clerk's office an Application for Stay of Execution. This application must be filed within 5 days from the ***date of Judgment*** shown above. The application form is available at the Clerk's office at the above address.

***** NOTICE TO ALL OCCUPANT(S) NOT NAMED IN JUDGMENT *****

If you have not been named as a party to this summary process action, and you claim to have a right to continue to occupy the premises, you should promptly complete and file with the Clerk's office a claim of exemption from the Judgment. The claim of exemption may be obtained from the Clerk at the address listed above.

445552

Judge: CRISTINA M LOPEZ

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

NOTICE OF JUDGMENT
SUMMARY PROCESS (EVICTION)

STATE OF CONNECTICUT
SUPERIOR COURT
OFFICE OF THE CLERK
www.jud.ct.gov



JD-HM-1 Rev. 10/19 (Edison)
C.G.S. §§ 47a-26h(b), 47a-35, 47a-36, 47a-37

HFHCV246030117S
OFFICE COPY

**NOTICE TO ALL OCCUPANT(S) NOT NAMED IN JUDGMENT**

If you have not been named as a defendant in this case, but you believe you have a right to continue to occupy the premises, you may complete a Claim of Exemption (form JD-HM-3), and file it with the Clerk. You may get this form at the clerk's office listed above or online at www.jud.ct.gov.

→Fold

| Superior Court | Docket Number |
|---|---|
| Housing Session at Hartford | HFHCV246030117S |
| Clerk's Office Address | Date of Judgment |
| 80 Washington St Hartford CT 06106 (860)756-7920 | January 30, 2025 |
| Name of Case | |
| COMMERCIAL FUNDING, LLC V. MCCULLOUGH, STEPHEN CAMPBELL | |

### Notice to Defendant(s)/Tenant(s)(Renters(s))

The Plaintiff (landlord) won a judgment against you for possession of the premises named in the complaint and occupied by you. Therefore, you are given the following notice:

**Please read all the information below:**

You may be evicted from the premises named in the complaint and occupied by you after 5 days from the **Date of Judgment** shown above. *(Sundays and legal holidays are not included in this 5 day period.)* You may ask the court to delay your eviction for up to 6 months from the **Date of Judgment** shown above by completing an Application For A Stay or Execution (form JD-HM-21), and filing it with the Clerk. This application must be filed within 5 days from the **Date of Judgment** shown above. The application is available at the clerk's office at the address above or at **www.jud.ct.gov.**

160.00 MOTION FOR JUDGMENT OF DEFAULT FOR FAILURE TO PLEAD AND

POSSESSION SUMMARY PROCESS

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Disposition: JP2PVTM - JUDGMENT OF POSSESSION - WHERE ONE ORIGINALLY HAD THE RIGHT OR PRIVILEGE IS NOW TERMINATED

Motion for default for failure to plead is granted.

***** Notice of Judgment - Summary Process (Eviction) *****

Name of Defendant(s)/Tenant(s):STEPHEN CAMPBELL MCCULLOUGH

Date of Judgment:1/30/25

JUDGMENT FOR PLAINTIFF BASED UPON ORIGINAL RIGHT OR PRIVILEGE TO OCCUPY HAS TERMINATED

| By the Court | Clerk | Date of Order |
|---|---|---|
| CRISTINA M LOPEZ | Suzana Zenko | January 30, 2025 |

Appearances

JD-HM-1 HFHCV246030117S 1/30/2025

Atty: FORD & PAULEKAS LLP , 280 TRUMBULL STREET, HARTFORD CT 06103
Self-Rep: STEPHEN CAMPBELL MCCULLOUGH 140 HAYES RD, ROCKY HILL CT 06067

# WITHDRAWAL
JD-CV-41 Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
**HFH-CV-24-6030117-S**

Return date *(For Civil and Housing cases only)*
**Jun-17-2024**

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**COMMERCIAL FUNDING, LLC v. MCCULLOUGH, STEPHEN CAMPBELL Et Al**

☐ Judicial District   ☒ Housing Session

Address of court *(Number, street, town and zip code)*
**80 WASHINGTON ST HARTFORD, CT 06106**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   ☐ The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   ☐ A judgment has been rendered against the following Defendant(s): _____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint |
| (WOC) | ☐ Counterclaim | (WDINTCO) | ☐ Intervening Complaint |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | ☐ Third Party Complaint |
| (WDCOUNT) | ☐ Counts of the complaint: | | |

(WOAAP)   ☐ Plaintiff(s): _____

(WOAAD)   ☐ Complaint against defendant(s): _____ only without costs

(WOM)   ☒ Motion: **126.00 Motion for Order - Use & Occupancy**
        ☐ Other: _____

## Signature of Filer(s)

| Party | | By | | Attorney or Self-represented party |
|---|---|---|---|---|
| Party **P-01 COMMERCIAL FUNDING, LLC** | | ; By | **FORD & PAULEKAS LLP** | |
| Party | | ; By | | |
| Party | | ; By | | |
| Party | | ; By | | |

**Name & Address of Filer(s):**
HOUSTON PUTNAM LOWRY
280 Trumbull Street, Suite 2200, Hartford, CT 06103

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Feb-26-2025** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**STEPHEN CAMPBELL MCCULLOUGH (Self Represented) - 140 HAYES RD ROCKY HILL, CT 06067**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **305070** | Print or type name of person signing **HOUSTON PUTNAM LOWRY** | Date signed **Feb-26-2025** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **280 TRUMBULL STREET SUITE 2200 HARTFORD, CT 06103** | | Telephone number **860-808-4213** |

For Court Use Only

| CASEFLOW REQUEST | For information on ADA | STATE OF CONNECTICUT |
| --- | --- | --- |
| JD-CV-116 Rev. 9-23 | accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ | JUDICIAL BRANCH SUPERIOR COURT www.jud.ct.gov |



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request. File at least 3 days before the scheduled date. If you need to request a continuance of a scheduled court date, do not use this form. Use form JD-CV-21, Motion for Continuance, for all continuance requests.*

*Note: If the request if granted, the court will schedule the event for the requested date, if that date is available. If that date is not available, the court will schedule the event for the next available date.*


COURT USE ONLY
CSFLREQ

| Name of case (Plaintiff v. Defendant) | Docket number |
| --- | --- |
| Commercial Funding, LLC v. Stephen Campbell McCullough, et al | HFH-CV-24-6030117-S |

☐ Judicial District  ☒ Housing Session  Address of court (Number, street, town and zip code): 80 Washington Street, Hartford, CT 06106

| Name of Judge who scheduled the event (if known) | Date of request | Date of scheduled event (if applicable) |
| --- | --- | --- |
|  | 02/26/2025 | 03/10/2025 |

## Requested Action

I am requesting: *(Select box(es) that apply and give reason(s) for request below)*

☐ Status Conference on or about: *(date)* _____

☐ Client/adjuster to be available by phone for *(event)* _____ scheduled on *(date)* _____

☐ Pretrial on or about: *(date)* _____

☐ Party to be excused from *(event)* _____ scheduled on *(date)* _____

☒ Other:  Mark off hearing for Motion for Use and Occupancy scheduled for 3/10/25 at 2:00 p.m.

Reason(s) for request:

The Plaintiff has withdrawn motion #126, therefore the hearing scheduled for March 10, 2025 at 2:00 p.m. is no longer necessary.

I have informed all counsel of record and self-represented parties of this request, and agree to notify them of the court's ruling. **All Counsel and Self-represented Parties:**

☐ Consent   ☐ Do not consent to the action requested above   Not contacted

| Signed (Person making request) | Name of attorney and juris number or self-represented party (Print or type) |
| --- | --- |
|  | Houston Putnam Lowry, Esq.  305070 |

The person requesting the action is the:
☐ Plaintiff  ☐ Defendant  ☒ Attorney for Plaintiff  ☐ Attorney for Defendant

| Firm name (If applicable) | E-mail address |
| --- | --- |
| Ford & Paulekas, LLP | ptl@hplowry.com |
| Address | Telephone number (with area code) |
| 280 Trumubll Street, Floor 22, Hartford, CT 06103 | 860-808-4213 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 02/26/2025 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Stephen Campbell McCullough, 140 Hayes Road, Rocky Hill, CT 06067 - also via email at steviemcc1@yahoo.com

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing | Date signed |
| --- | --- | --- |
| ▶ | Houston Putnam Lowry | 02/26/2025 |

ORDER    445552

DOCKET NO: HFHCV246030117S      SUPERIOR COURT

COMMERCIAL FUNDING, LLC
V.
MCCULLOUGH, STEPHEN CAMPBELL Et Al

HOUSING SESSION
AT HARTFORD

2/26/2025

## ORDER

ORDER REGARDING:
02/26/2025 182.00 CASEFLOW REQUEST (JD-CV-116)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Per Connecticut General Statutes Section 47a-35a, a use an occupancy hearing shall be scheduled by the court when an appeal is taken by a defendant occupying a dwelling unit.

Judicial Notice (JDNO) was sent regarding this order.

445552

Judge: CRISTINA M LOPEZ
Processed by: Mark Piech

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

 

State of Connecticut Judicial Branch
# Appellate/Supreme E-Filing

- Logged-In User : Stephen C McCullough (steviemcc1)  Email: steviemcc1@yahoo.com Logout

| E-Filing Home | | E-File an Appearance | | | | Go |

### Appeal Case Information

**eAC 48503** COMMERCIAL FUNDING, LLC v. STEPHEN CAMPBELL MCCULLOUGH ET AL. **Status: Stay**

| | | | |
|---|---|---|---|
| Date Filed: | 02/24/2025 | Case Manager : | L. JEANNE DULLEA |
| Appeal By: | Defendant | Response to Docket Due Date: | |
| Argued Date: | | Disposition Method: | |
| Submitted on Briefs Date: | | Disposition Date: | |
| | | Cite: | |
| Panel: | | Petition(s) For Certification: | |

Cross Appeal/Amended Appeal

### Trial Court Case Information

| | | | |
|---|---|---|---|
| Docket Number: | HFHCV246030117S | | |
| Judgment For: | Plaintiff | Court: | HOUSING SESSION AT HARTFORD |
| Trial Judge(s): | HON. CRISTINA M LOPEZ | Judgment Date: | 02/07/2025 |
| | | Case Type: | HOUSING -- SUMMARY PROCESS |
| | | Other Trial Judge(s): | HON. WALTER M. SPADER, JR. HON. THAMAR ESPERANCE-SMITH |

### Party/Attorney or Self-Represented Information

| Party Name | Trial Court Party Class | Case Affiliation | Appeal Party Class |
|---|---|---|---|
| Party(ies) for: AC 48503 | | | |
| STEPHEN C MCCULLOUGH  Self Rep: STEPHEN C MCCULLOUGH | Defendant | Defendant | Appellant |
| JOHN DOE (Removed on 06/20/2024) | Defendant | Defendant | Appellee |
| JANE DOE (Removed on 06/20/2024) | Defendant | Defendant | Appellee |
| COMMERCIAL FUNDING, LLC  Juris: 100342 FORD & PAULEKAS LLP | Plaintiff | Plaintiff | Appellee |

### Transcripts and Exhibits

Exhibits Received By Court:

| Party | Transcripts Ordered | Estimated Delivery Date | Delivered To Party | Pages | Delivered To Court |
|---|---|---|---|---|---|
| COMMERCIAL FUNDING, LLC | 02/26/2025 | 04/04/2025 | | | |

### Preliminary Papers

| Party Name | Preliminary Statement of the Issues | Designation of the Proposed Contents of the Clerk Appendix | Certificate re Transcript Received | Docketing Statement | PAC Statement | Constitutionality Notice | Sealing Notice | Certificate of Interested Entities |
|---|---|---|---|---|---|---|---|---|
| COMMERCIAL FUNDING, LLC | | | 02/26/2025 | | | | | |

### Briefs

### Case Activity

| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
|---|---|---|---|---|---|---|---|
| e APPEAL | AC 48503 | 02/24/2025 | | Direct Appeal | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 02/24/2025 | | Correspondence from Court | Filed | | |
| e MOTION | AC 243609 | 02/25/2025 | COMMERCIAL FUNDING, LLC | Motion to Dismiss Response Date: 3/7/2025 | Filed | | |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 02/26/2025 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | | |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 03/04/2025 | | Notice of Removal | Filed | | |

## CERTIFICATION

I hereby certify that plaintiff has sent a copy of the foregoing by first-class mail to plaintiff's attorney at:

Houston Putnam Lowry
Ford & Paulekas LLP
280 Trumbull St
Hartford, CT 06103

DATE:     March 05, 2025

_____
Stephen C. McCullough
Defendant